IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PEREZE COLLIER,

                Petitioner,                ORDER

   v.

                                           09-cv-0221-slc

ROBERT SPODEN,
Rock County Sheriff,

                Respondent.

---

On April 16, 2009, United States Magistrate Judge Stephen Crocker entered an order directing petitioner to submit either the $5 habeas corpus filing fee or a completed application for leave to proceed *in forma pauperis* no later than May 1, 2009. It is now May 19, 2009 and petitioner has not made either of these submissions. In the April 16 order, the magistrate judge informed petitioner that if he failed to pay the filing fee or request leave to proceed *in forma pauperis* by May 1, 2009, the court would dismiss his petition for failure to prosecute. Accordingly,

ORDER

IT IS ORDERED that the petition of Pereze Collier for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for his failure to prosecute it.

Entered this 20th of May, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge