# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

PEREZE COLLIER,

        Petitioner,

        v.

ROBERT SPODEN,
Rock County Sheriff,

        Respondent.

**JUDGMENT IN A CIVIL CASE**

**Case No.:   09-cv-221-slc**

---

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DISMISSED without prejudice.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

5/21/09
_____
Date